# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FICK, TERRY T | § | Case No. 509-03112 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WILLIAM G. SCHWAB, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on     . The case was pending for   months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/WILLIAM G. SCHWAB, TRUSTEE _____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fairfield Resorts, Inc. 10750 W. Charleston Blvd., Ste. 130 Las Vegas, NV 89135-1026 | | | | | |
| | Fairfield Resorts, Inc. 8427 South Park Circle, Ste. #500 Orlando, FL 32819 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota 2 Walnut Grove Horsham, PA 19044 | | | | | |
| | Washington Mutual 7757 Bayberry Road Jacksonville, FL 32256 | | | | | |
| | Wyndham Vacation Resorts, Inc. P.O. Box 98940 Las Vegas, NV 89193-8940 | | | | | |
| | Wyndham Vacation Resorts, Inc. P.O. Box 98940 Las Vegas, NV 89193-8940 | | | | | |
| 000002 | WYNDHAM VACATION RESORTS INC. | | | | | |
| 000003B | WYNDHAM VACATION RESORTS INC. | | | | | |
| 000001 | GMAC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAM G. SCHWAB, TRUSTEE FEES | | | | | |
| WILLIAM G. SCHWAB, TRUSTEE EXP | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| WILLIAM G. SCHWAB & ASSOCIATES | | | | | |
| WILLIAM G. SCHWAB & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Andover, MA 05501 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aarons 2280 W. Market Street Pottsville, PA 17901 | | | | | |
| | Barclays Bank Delaware 125 Southwest Street Wilmington, DE 19801 | | | | | |
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Citizens CC 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc / Nautl P.O. Box 15521 Wilmington, DE 19805 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFF Cards P.O. Box 5943 Sioux Falls, SD 57117 | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | CHASE BANK USA NA | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | RBS CITIZENS | | | | | |
| 000003A | WYNDHAM VACATION RESORTS INC. | | | | | |
| 000007A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case No:    509-03112   JJT   Judge: JOHN J. THOMAS

Case Name:    FICK, TERRY T

For Period Ending:  07/08/13

Trustee Name:    WILLIAM G. SCHWAB, TRUSTEE

Date Filed (f) or Converted (c):  04/24/09 (f)

341(a) Meeting Date:  06/30/09

Claims Bar Date:  10/08/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | US CURRENCY | 150.00 | 150.00 | | 0.00 | FA |
| 2. | SOVEREIGN BANK CHECKING ACCOUNT | 100.00 | 100.00 | | 0.00 | FA |
| 3. | FURNITURE AND APPLIANCES AND MISC PERSONAL GOODS | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4. | MISC. BOOKS AND PICTURES. TWO LIMITED EDITION PRIN | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 5. | CLOTHING AND SHOES | 200.00 | 200.00 | | 0.00 | FA |
| 6. | 1998 CHEVROLET BLAZER JUST PAID 3,800.00 | 3,800.00 | 3,800.00 | | 0.00 | FA |
| 7. | 2009 TOYOTA CAMRY, WITH LIEN | 22,000.00 | 22,000.00 | | 0.00 | FA |
| 8. | DIVORCE SETTLEMENT PROCEEDS (u) | Unknown | 7,500.00 | | 7,500.00 | FA |
| 9. | WYNHAM VACATION RESORTS, INC. ORLANDO, FL - CONNET CREEK RESORT TIME SHARE PD. $22,364.10 | 22,364.10 | 0.00 | | 0.00 | FA |
| 10. | WYNDHAM VACATION RESORTS, INC. (FORMERLY FAIRFIELD WILLIAMSBURG, VA - FAIRFIELD WILLIAMSBURG AT GOVERNOR'S GREEN TIME SHARE PD. $51,914.00 | 51,914.00 | 0.00 | | 0.00 | FA |

|  | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $108,328.10 | $41,550.00 | $7,500.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 24, 2009, 10:47 am  MARITAL SETTLEMENT OUTSTANDING;

6-30-10: PENDING TURNOVER OF DIVORCE SETTLEMENT FUNDS

6-30-11 - PENDING TURNOVER OF DIVORCE SETTLEMENT FUNDS

6-30-12 - PENDING DIVORCE SETTLEMENT AND NEGOTIATIONS IN WIFE'S CHAPTER 13 CASE

Case No:           509-03112      JJT    Judge: JOHN J. THOMAS                                         Trustee Name:                    WILLIAM G. SCHWAB, TRUSTEE
Case Name:        FICK, TERRY T                                                                        Date Filed (f) or Converted (c):    04/24/09 (f)
                                                                                                       341(a) Meeting Date:                06/30/09
                                                                                                       Claims Bar Date:                    10/08/10

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 509-03112 -JJT | |
| Case Name: | FICK, TERRY T | |
| | | |
| Taxpayer ID No: | *******9245 | |
| For Period Ending: | 07/08/13 | |

| | |
|---|---|
| Trustee Name: | WILLIAM G. SCHWAB, TRUSTEE |
| Bank Name: | EAGLEBANK |
| Account Number / CD #: | *******0072 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 13,844,058.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/12 | 8 | CHARLES DEHART, TRUSTEE 8125 ADAMS DRIVE, SUITE A HUMMELSTOWN, PA 17036 | DOMESTIC OBLIGATION- ACCOUNTS RECEI VABLE | 1249-000 | 5,718.44 | | 5,718.44 |
| 12/10/12 | 8 | CHARLES DEHART, TRUSTEE | DOMESTIC OBLIGATION (ACCOUNTS RECEI VABLE) | 1249-000 | 1,044.16 | | 6,762.60 |
| 01/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM BOND # 016026361 | 2300-000 | | 5.68 | 6,756.92 |
| 01/11/13 | 8 | CHARLES DEHART, TRUSTEE | DOMESTIC RELATIONS (ACCOUNTS RECEIV ABLE) | 1249-000 | 737.40 | | 7,494.32 |
| 05/14/13 | 000102 | WILLIAM G. SCHWAB, TRUSTEE PO BOX 56 LEHIGHTON, PA 18235 (FEES) | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.00 | 5,994.32 |
| 05/14/13 | 000103 | WILLIAM G. SCHWAB, TRUSTEE P.O. BOX 56 LEHIGHTON, PA 18235 (EXP) | Chapter 7 Expenses | 2200-000 | | 24.47 | 5,969.85 |
| 05/14/13 | 000104 | WILLIAM G. SCHWAB & ASSOCIATES PO BOX 56 LEHIGHTON, PA 18235 (FEES) | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,184.50 | 2,785.35 |
| 05/14/13 | 000105 | WILLIAM G. SCHWAB & ASSOCIATES PO BOX 56 LEHIGHTON, PA 18235 (EXPENSES) | Attorney for Trustee Expenses (Trus | 3120-000 | | 122.41 | 2,662.94 |
| * 05/14/13 | 000106 | Internal Revenue Service Andover, MA 05501 | Claim 000007B, Payment 100.00000% | 2810-000 | | 1,413.74 | 1,249.20 |
| 05/14/13 | 000107 | Wyndham Vacation Resorts Inc. PO Box 97474 Las Vegas NV 89195 | Claim 000003A, Payment 3.64602% | 7100-000 | | 163.25 | 1,085.95 |
| 05/14/13 | 000108 | Chase Bank USA NA PO BOX 15145 | Claim 000004, Payment 3.64610% | 7100-000 | | 106.43 | 979.52 |

| Page Subtotals | 7,500.00 | 6,520.48 |
|---|---|---|

LFORM24

Ver: 17.02e

Case No:  509-03112 -JJT
Case Name:  FICK, TERRY T

Taxpayer ID No:  *******9245
For Period Ending:  07/08/13

Trustee Name:  WILLIAM G. SCHWAB, TRUSTEE
Bank Name:  EAGLEBANK
Account Number / CD #:  *******0072  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 13,844,058.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5145 | | | | | |
| 05/14/13 | 000109 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 3.64597% | 7100-000 | | 202.58 | 776.94 |
| 05/14/13 | 000110 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Claim 000006, Payment 3.64572% | 7100-000 | | 156.71 | 620.23 |
| 05/14/13 | 000111 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Claim 000008, Payment 3.64613% | 7100-000 | | 53.22 | 567.01 |
| 05/14/13 | 000112 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000009, Payment 3.64586% | 7100-000 | | 218.77 | 348.24 |
| 05/14/13 | 000113 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 3.64601% | 7100-000 | | 98.37 | 249.87 |
| 05/14/13 | 000114 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000011, Payment 3.64561% | 7100-000 | | 46.67 | 203.20 |
| 05/14/13 | 000115 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000012, Payment 3.64596% | 7100-000 | | 202.83 | 0.37 |
| 05/14/13 | 000116 | United States Bankruptcy Court<br>PA | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT | | | 0.37 | 0.00 |

| | | | | Page Subtotals | 0.00 | 979.52 | |

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 509-03112 -JJT | |
| Case Name: | FICK, TERRY T | |
| Taxpayer ID No: | *******9245 | |
| For Period Ending: | 07/08/13 | |

| | |
|---|---|
| Trustee Name: | WILLIAM G. SCHWAB, TRUSTEE |
| Bank Name: | EAGLEBANK |
| Account Number / CD #: | *******0072  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 13,844,058.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | ITEM #     CLAIM #     DIVIDEND | | | |
| | | | ===================================== | | | |
| | | | 8      000007A      0.37 | 7100-001 | | |
| * 05/24/13 | 000106 | Internal Revenue Service<br>Andover, MA 05501 | STOP PAYMENT REVERSAL<br>CHECK WAS RETURNED, NO FUNDS DUE AND OWING | 2810-000 | | -1,413.74 | 1,413.74 |
| 05/28/13 | 000117 | Wyndham Vacation Resorts Inc.<br>PO Box 97474<br>Las Vegas NV 89195 | Claim 000003A, Payment 4.12731% | 7100-000 | | 184.80 | 1,228.94 |
| 05/28/13 | 000118 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 4.12708% | 7100-000 | | 120.47 | 1,108.47 |
| 05/28/13 | 000119 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 4.12741% | 7100-000 | | 229.33 | 879.14 |
| 05/28/13 | 000120 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Claim 000006, Payment 4.12752% | 7100-000 | | 177.42 | 701.72 |
| 05/28/13 | 000121 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Claim 000008, Payment 4.12707% | 7100-000 | | 60.24 | 641.48 |
| 05/28/13 | 000122 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000009, Payment 4.12748% | 7100-000 | | 247.67 | 393.81 |
| 05/28/13 | 000123 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809 | Claim 000010, Payment 4.12710% | 7100-000 | | 111.35 | 282.46 |

| | | | Page Subtotals | | 0.00 | -282.46 | |

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)   Case 5:09-bk-03112-JJT   Doc 59   Filed 07/11/13   Entered 07/11/13 10:22:07   Desc
Main Document      Page 12 of 13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

Case No:        509-03112  -JJT
Case Name:   FICK, TERRY T

Taxpayer ID No:   *******9245
For Period Ending:   07/08/13

Trustee Name:   WILLIAM G. SCHWAB, TRUSTEE
Bank Name:   EAGLEBANK
Account Number / CD #:   *******0072  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 13,844,058.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/13 | 000124 | Oklahoma City, OK 73124-8809<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000011, Payment 4.12836% | 7100-000 | | 52.85 | 229.61 |
| 05/28/13 | 000125 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000012, Payment 4.12735% | 7100-000 | | 229.61 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,500.00 | 7,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.00 | 7,500.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,500.00 | 7,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0072 | 7,500.00 | 7,500.00 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 7,500.00 | 7,500.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          282.46

Ver: 17.02e